UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YENSY CONTRERAS,

                Plaintiff,

     v.                                **ORDER**

CATALINA SNACKS, INC.,            21 Civ. 9232 (ER)

                Defendant.

RAMOS, D.J.

      On November 8, 2021, Yensy Contreras brought this action against Catalina Snacks, Inc., alleging violation of the Americans with Disabilities Act and related claims. Doc. 1. Catalina Snacks was served on November 11, 2021. Doc. 5. Catalina Snacks thereafter requested several extensions of time to answer, which the Court granted. *See* Docs. 7–16. On February 14, 2022, the Court granted Catalina Snacks' fifth request for an extension of time to March 7, 2022, to answer the complaint and informed the parties that no further requests would be granted absent good cause shown. Doc. 16. To date, Catalina Snacks has failed to answer or otherwise respond to the complaint.

      Contreras is therefore directed to submit a status report by **April 12, 2022.** Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

      It is SO ORDERED.

Dated: April 5, 2022
       New York, New York

                                                      Edgardo Ramos, U.S.D.J.